UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC DABNEY, | ) NO. CV 15-1724-ODW (AGR) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| CYNTHIA Y. TAMPKINS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 19, 2016

_____
OTIS D. WRIGHT II
United States District Judge